AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL SIMS,

               Plaintiff,

               v.

BONNY CLAUD, DR. MARY JO MOESCHL, KATRINA SUCKOW, CAL BLACKHAM, THOMAS ROWE, MIKE WALLS and SUSSI LESSER,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5083-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice for failure to prosecute and to comply with this Court's directives under Rule 41(b), Federal Rules of Civil Procedure.

September 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia